UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RONALD CAMP,**

    **Plaintiff,**

    v.

**TWC DIGITAL PHONE LLC, et al.,**

    **Defendants.**

Case No. 2:15-cv-2582
**JUDGE GREGORY L. FROST**
Magistrate Judge Norah McCann King

## ORDER

In light of the filing of the amended complaint (ECF No. 11), the pending motion to dismiss (ECF No. 5) is moot.  The Court therefore **ORDERS** the Clerk to terminate this motion on the docket as moot.  Defendants are free to file new motions targeting the operative amended complaint.

    **IT IS SO ORDERED**.

      /s/ Gregory L. Frost
    GREGORY L. FROST
    UNITED STATES DISTRICT JUDGE